UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC DEWAYNE ROBINS,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>LOS ANGELES SHERIFF DEPARTMENT,<br>et al.,<br><br>　　　　Respondents. | CASE NO. CV 11-2694-R (PJW)<br><br>J U D G M E N T |

　　　Pursuant to the Order Dismissing Habeas Corpus Petition Without Prejudice,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

　　　DATED:　　April 12, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd